## LEVY v. SUPERVISORS YUBA COUNTY.

WHERE a county is already in possession of a set of weights and measures accord-
ing to law, it cannot be held liable for a new set purchased by the Deputy Sealer
of Weights and Measures.

The fact that the County Clerk refused to deliver the set to plaintiff on demand, is
immaterial.  He should have enforced his right.

APPEAL from the Tenth District.

Case made under the 337th Section of the Practice Act.

Plaintiff presented his account to defendants, and they re-
jected it.   The Court below entered judgment for plaintiff.   De-
fendants appeal.

For facts, see opinion.

F. L. Hatch, District Attorney, for Appellant.

Gordon N. Mott, for Respondent.

TERRY, C. J. delivered the opinion of the Court—BALDWIN, J.
concurring.

Plaintiff, who is Deputy Sealer of Weights and Measures for
Yuba County, seeks to recover the sum of three hundred and
twenty-five dollars, as the price of a set of weights and measures
purchased by him for the use of his office.

The 3d Section of the Act of April 12th, 1858, authorizes
"every Deputy Sealer of Weights and Measures to procure, at
the expense of his county, a complete set of weights," etc. and
Levy, after his appointment, proceeded to make such purchase,
although he knew that there was a complete set of such weights
and measures belonging to the county, in the possession of the
County Clerk.

We think defendants properly refused to audit the account.

The county of Yuba was already in possession of the weights,
etc. necessary for the office, and it was not contemplated that
every change in the incumbent of the office should entail upon
the county the expense of a new purchase of articles already on
hand.   It is not material that the County Clerk refused to de-
liver the weights, etc. to plaintiff on his demand; if he was enti-
tled to their possession by virtue of his appointment, he should
have taken proper steps to enforce this right.

Judgment reversed.